IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMAR AKINS, | ) | 4:14CV3081 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| OFFICER SCHREINER, FRANK FOSTER, Investigater, LAURA SUHR, C.P.S, PEG SNELLER, Hamilton Forensic Inteniuxi, JENNIFER DENNIS, Child Advocate, and LYNN AYERS, Director Child Advocacy Center, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 22nd day of April, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge